# Exhibit 4

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
| 1. A light emitting device using an LED, comprising: | The STW8Q14C-W5X5-CA comprises a light emitting device using a LED:<br><br>"This **_White Colored surface-mount LED_** comes in standard package dimension. Package Size: 5.6x3.0x0.75mm. It has a substrate made up of a molded plastic reflector sitting on top of a lead frame. • The die is attached within the reflector cavity and the cavity is encapsulated by silicone." (Datasheet (available at https://www.mouser.com/datasheet/2/363/STW8Q14C_datasheet(5)-1511997.pdf) at 1). |

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
| | [Cross-sectional image of LED package with "LED" label pointing to the die, and 1000µm scale bar] |
| a metal plate having a frontwardly extending projection, the projection having a front provided with a housing recess; | The STW8Q14C-W5X5-CA comprises a metal plate having a frontwardly extending projection, which has a front provided with a housing recess:<br><br>"This White Colored surface-mount LED comes in standard package dimension. Package Size: 5.6x3.0x0.75mm.  It has a substrate made up of a molded plastic reflector sitting on top of a **_lead frame_**. The die is attached within the **_reflector cavity_** and the cavity is encapsulated by silicone." (Datasheet at 1). |

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
| |  Forwardly extending projection<br>Front with housing recess |

3

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
|  | ![cross-section image with labels "Front with housing recess" and "Forwardly extending projection", scale 1000μm] |
| a light emitting diode chip disposed on a bottom of the housing recess to be thermally coupled to the metal plate; | The STW8Q14C-W5X5-CA contains a light-emitting diode chip disposed on a bottom of the housing recess to be thermally coupled to the metal plate:<br><br>"This **White Colored surface-mount LED** comes in standard package dimension. Package Size: 5.6x3.0x0.75mm. It has a substrate made up of a molded plastic reflector sitting on top of a lead frame. ***The die is attached within the reflector cavity*** and the cavity is encapsulated by silicone." (Datasheet at 1). |

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
|  |  |

ACTIVE 54055998v1

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
|  | *[Figure: cross-section diagram of LED package with labeled callouts: LED ②, ⑥, ③, ④, ⑤, ① Metal plate, and "Front with housing recess" highlighted]* (Annotated Datasheet at 22). |
| an insulating substrate having an insertion hole into which the projection extends, the insulating substrate being joined to the metal plate in layers; and | The STW8Q14C-W5X5-CA contains an insulating substrate (white) having an insertion hole (center) into which the projection (dark gray) extends: "This White Colored surface-mount LED comes in standard package dimension. Package Size: 5.6x3.0x0.75mm. It has a ***substrate made up of a molded plastic reflector sitting on top of a lead frame***. The die is attached within the reflector cavity and the cavity is encapsulated by silicone." (Datasheet at 1). |

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
|  |  |

ACTIVE 54055998v1



(Annotated Datasheet at 22).

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
| a light-transmitting sealing resin in which the light emitting diode chip is encapsulated. | The STW8Q14C-W5X5-CA contains a light-transmitting sealing resin (yellow) that encapsulates the light emitting diode chip:<br><br>"This White Colored surface-mount LED comes in standard package dimension. Package Size: 5.6x3.0x0.75mm.  It has a substrate made up of a molded plastic reflector sitting on top of a lead frame. ***The die is attached within the reflector cavity and the cavity is encapsulated by silicone***." (Datasheet at 1).<br><br>![LED package photo] |

9

| US6930332 Claim 1 | Seoul STW8Q14C-W5X5-CA |
|---|---|
| | <br>(Annotated Datasheet at 22). |