Exhibit 5

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
|  | h    M    5    i    i    d  t  r i ht   itti   d   i   i   h    E   hi |
|  | hi    hit    r d   r    t E    i t d rd    di   i    i<br>x    x    h M  ri    E    r d i  d   r    i h   t    r ti    d<br>hi h  t   it   t  t   i  ti    h M   i d   i ht   r    r   r i   i ti    i ti<br>d    t   d   i   d    ti    t h  t   i b  t |
|  | htt    t r  tr  i    d  E    EM    M<br>ri   d   t |
| i   d  t r i ht<br>itti   d   i    ri i |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|



| US8692285 Claim 1 | Seoul S1WM-3030508006 |
| --- | --- |
| |  |
| ti r it xi tr t r th t i d ir t d ti r d d ti r d i ht itti r th t i r d b t th ir t d ti r d th d d ti r th ir t d ti r b i di d i r th b b tr t i h r t b iti d r t th b b tr t | h M 5 ri ti r it xi tr t r th t i d ir t d ti r d d ti r th ri ht id th tr h d i ht itti r th t i r d b t th ir t d ti r d th d d ti r th ir t d ti r b i di d i r th b b tr t i h r t b iti d r t th b b tr t th th d d ti r |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| th   th        d    d   ti<br>r |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
| --- | --- |
| |  |

h      M      5            ri      ir t     tr  d  th t i      tri            t  d  t  th   ir t
   d   ti      r   d         d    tr d th t i      tri         t  d  t  th        d   d   ti      r

ir t    tr d  th t i
   tri            t d t  th
ir t    d   ti      r

      d    tr d  th t i
   tri            t d t  th
      d    d  ti      r



| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  ITO second electrode electrically connected to second conductive layer |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
|  |  |



ITO second electrode electrically connected to second conductive layer

Second conductive layer

Light emitting layer

First conductive layer

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| i    ti   i   i<br>di      d      h id<br>r           th   ti    r<br>it xi   tr   t r    d  rt<br>        r   r         th<br>    ti    r   it xi<br>tr   t r | h    M    5         ri    i    ti   i  di     d     h id   r        th<br>   ti    r  it xi   tr  t r    d  rt         r   r        th   ti    r  it xi   tr  t r |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
| --- | --- |
| |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
|  |  |

ACTIVE 53920237v3

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |
| ir t    d  ti  i    d<br>        d    d  ti   i    r<br>di      d    th    i<br>r            th  b<br>b  tr  t | h    M    5          ri    ir  t    d  ti   i    d        d    d  ti   i  di    d<br>th    i    r      th  b        b  tr  t |

ACTIVE 53920237v3

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| | h    M    5        ri    th    d    d ti    i  th t i  di    d    id    r <br> th i    ti    i    i        th ri ht id    th   EM i <br><br>  <br><br> Second conductive (Au) film <br> Insulating film <br> First conductive layer |
| th    d    d ti  i <br> i  di    d        id <br> r    th i    ti <br> i | |
| ir t    r    d t r  i <br> d        d    r    d <br> t r  i    r di    d    t <br>    t        t        i <br> r        th b <br> b tr t | h    M    5        ri    ir t    r    d t r  i    d        d    r    d t r  i    th t <br> r di    d    t    t        t    i    r        th b    b tr t |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  Second power feed terminal (wirebond pad)    First power feed terminal (wirebond pad) |
| th  ir t    tr d i<br>     tri          t d t  th<br>ir t    r    d t r i     i<br>th  ir t   d  ti  i     d | h    M    5          ri     ir t    tr d th t i    tri          t d t  th  ir t      r<br>    d t r i    i th  ir t    d  ti   i |

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
|  |  First power feed terminal (wirebond pad)<br><br>First conductive (Au) film<br><br>(Ti)Al first electrode connected to first conductive layer |



| | |
|---|---|
| th d tr d i<br>tri t d t th<br>d r d t r i<br>i th d d ti<br>i th t xt d r th<br>i ti i th id<br>r d th r<br>r th ti r<br>it xi tr t r t<br>tri t t th<br>d tr d th<br>d d ti r | h M 5 ri d tr d th t i tri t d t th d<br>r d t r i r t r i t id i b i th d d ti i th t<br>xt d r th i ti i th id r d th r r th ti r it xi<br>tr t r t tri t t th d tr d th d d ti r<br><br> |



Second conductive (Au) film
extends over the insulating film

ITO second
electrode

| US8692285 Claim 1 | Seoul S1WM-3030508006 |
|---|---|
| |  |

Second conductive (Au) film extends over the insulating film

ITO second electrode electrically connected to second power feed terminal via second conductive film