# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SATCO PRODUCTS, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD. and SEOUL SEMICONDUCTOR, INC.<br><br>*Defendants.* | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF SATCO PRODUCTS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and N.D. Ga. L.R. 3.3, the undersigned counsel for Plaintiff Satco Products, Inc. ("Satco") provides the following disclosures:

**(1)** The undersigned counsel of record for Satco certifies that the following is a full and complete list of all parties in this action, including any parent corporation of Satco and any publicly held corporation that owns 10 percent or more of Satco stock:

- Plaintiff: Satco Products, Inc.

- Defendants: Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.

- Satco states that the Satco is not publicly traded and does not offer shares of stock to the public, Satco has no parent corporation, and no publicly held company owns 10% or more of Satco's stock.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- To the best of Satco's knowledge, none.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Satco in this proceeding:

- James Z. Foster
  Scott Bornstein
  Joshua L. Raskin
  Richard Pettus
  Jeffrey R. Colin
  Elana B. Araj
  Sandra L. Applebaum
  Nicholas Brown
  GREENBERG TRAURIG, LLP

- Robert P. Lynn, Jr.
  Stephen W. Livingston
  LYNN GARTNER DUNNE, LLP

This 12th day of February, 2021.

/s/ *James Z. Foster*
James Z. Foster
Georgia Bar No. 756038
fosterja@gtlaw.com

*Attorney for Defendant Satco Products, Inc.*

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, N. E.
Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2100
Facsimile: 678-553-7382