Civil Action No. 1:21-cv-00643-TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SEOUL SEMICONDUCTOR, INC.
was received by me on *(date)* 02/16/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jin Tae Kim, Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* SEOUL SEMICONDUCTOR, INC. at 5300 Oakbrook Pkwy, Bldg 300, Ste 375, Norcross, GA at 10:21 AM on *(date)* 02/25/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/25/2021

*Server's signature*

Randal L. George
*Printed name and title*

4164 Idian Trace, SW
Lilburn, GA 30047

*Server's address*

Additional information regarding attempted service, etc:
Served: SUMMONS IN A CIVIL ACTION
CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF SATCO PRODUCTS, INC.
and
PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT