# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SATCO PRODUCTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD. and SEOUL SEMICONDUCTOR, INC. <br><br> *Defendants*. | Case No. 1:21-cv-00643-TCB <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION OF TIME FOR DEFENDANT SEOUL SEMICONDUCTOR, INC. TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Seoul Semiconductor, Inc. ("SSI"), respectfully moves for an order granting SSI an extension of time for a period of thirty (30) days, up to and including April 19, 2021,[1] to answer, move, or otherwise plead in response to the Complaint in this action. In support of this motion, SSI shows as follows:

1. The current deadline of March 18, 2021 has not yet expired.

2. The undersigned counsel was retained yesterday and appeared in the

---

[1] An extension of 30 calendar days falls on Saturday, April 17, 2021, and therefore the requested extension would result in a due date of Monday, April 19, 2021.

1

case today.

3. SSI has not previously moved for an extension of time to answer, move, or otherwise plead in response to the Complaint. This is SSI's first requested extension.

4. SSI requests additional time in order to investigate the allegations set forth in the complaint and prepare a response. The undersigned conferred with counsel for Plaintiff, who indicated that Plaintiff does not consent to the requested extension.

5. A proposed Order accompanies this Motion.

Dated: March 17, 2021

Respectfully submitted,

*/s/ Preston H. Heard*
Preston H. Heard
Georgia Bar No. 476319
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Tel: (404) 872-7000
Email: preston.heard@wbd-us.com

*Attorney for Defendant Seoul Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 17th day of March, 2021.

<i>/s/Preston H. Heard</i><br>
Preston H. Heard<br>
Georgia Bar No. 476319