# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SATCO PRODUCTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD. and SEOUL SEMICONDUCTOR, INC. <br><br> *Defendants*. | Case No. 1:21-cv-00643-TCB <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT SEOUL SEMICONDUCTOR, INC. TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT

For good cause shown, it is hereby ORDERED that Defendant Seoul Semiconductor, Inc. shall have up to and including April 19, 2021 to answer, move, or otherwise plead in response to the Complaint in this action.

SO ORDERED this _____ day of March, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge