# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SATCO PRODUCTS, INC.<br><br>                    Plaintiff,<br><br>  v.<br>SEOUL SEMICONDUCTOR CO., LTD,<br>and SEOUL SEMICONDUCTOR, INC.<br><br>                    Defendant. | Civil Action No. 1:21-cv-00643-TCB |

## DECLARATION OF JENNIFER L. JONAK IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO USE ALTERNATIVE SERVICE PURSUANT TO FRCP 4(f)(3)

I, Jennifer L. Jonak, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters stated herein. I could truthfully testify thereto if called upon as a witness.

2. I am the principal of Jonak Law Group, P.C. and represent Seoul Semiconductor, Inc. ("SSI") in this litigation. This declaration is provided in support of the Opposition to Plaintiff's Motion for Leave to Use Alternative Service Pursuant to FRCP 4(f)(3).

3. On March 1 and 2, 2021, I corresponded via email and spoke on the telephone with Josh Raskin, counsel for Satco Products, Inc. ("Satco"). Satco had served a complaint on SSI, but in the course of transmitting that

1

complaint to me, part of it was lost in transit, so I asked for an electronic copy of what had been served.

4. Satco's counsel had also asked that I accept service of process on behalf of SSC, or that Michael Eisenberg, who has represented SSC in other matters, accept such service. I told Mr. Raskin that I was not authorized to accept service of process for SSC. I also told him that SSC was a foreign entity and that SSI, which is based in the U.S., was the proper defendant for acts in the U.S. Based upon this, I told him that SSC was not willing to waive service of process.

5. I have never been authorized to accept, nor have I ever agreed to accept, service of a complaint on SSC's behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of March 2021 at Eugene, Oregon.

*/s/ Jennifer L. Jonak*

Jennifer L. Jonak