# EXHIBIT 2

**In the United States District Court**
**For the District of Columbia**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN FILAMENT LIGHT-EMITTING DIODES AND PRODUCTS CONTAINING SAME (II)** | Civil Action No. Misc. *20 mc 129 (GMH)*<br><br>*Request for International Judicial Assistance Pursuant to Hague Convention of 18 March 1970 on the Take of Evidence Abroad in Civil or Commercial Matters* |

**LETTER OF REQUEST TO THE COMPETENT AUTHORITY FOR THE REPUBLIC OF KOREA**

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

TO:    National Court Administration
         Supreme Court of Korea
         Attn.: Director of International Affairs
         Seocho-daero 219
         Seocho-gu
         Seoul 06590
         Republic of Korea

FROM:    The U.S. District Court for the District of Columbia

In conformity with Article 3 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("the Hague Evidence Convention"), the United States District Court for the District of Columbia presents its compliments to the Director of International Affairs of the Supreme Court of Korea, or other office as is appropriate, and requests international judicial assistance to obtain evidence to be used in a civil action entitled *In the Matter of Certain Filament Light-Emitting Diodes and Products Containing Same (II)*, Investigation No. 337-TA-1220 ("the Action"). It has been demonstrated to us that justice cannot completely be



1

done amongst the parties without evidence from the witness listed below, which is located in the Republic of Korea.

Additionally, this Court respectfully requests that the Director of International Affairs expedite this request, if permissible and possible. There are important deadlines in this action pending before the Commission relevant to this Request and in particular the completion of fact discovery on **March 23, 2021**, and the upcoming evidentiary hearing scheduled for **July 12-16, 2021**. Thus, to the extent the Director of International Affairs can expedite this request, it is necessary to accelerate the process of obtaining the evidence requested below so that the Parties may fully investigate their claims and defenses asserted in the above referenced administrative proceeding.

| | |
|---|---|
| 1. Sender: | **The Honorable** _____<br>United States District Court Judge<br>U.S. District Court for the District of Columbia<br>333 Constitution Avenue N.W.<br>Washington, D.C. 20001<br>U.S.A. |
| 2. Central Authority of the Requested State: | National Court Administration<br>Supreme Court of Korea<br>Attn.: Director of International Affairs<br>Seocho-daero 219<br>Seocho-gu<br>Seoul 06590<br>Republic of Korea |
| 3. Entity to whom the Republic of Korea Director of International Affairs will serve the authorization: | Greenberg Traurig LLP,<br>Seoul Finance Center,<br>23F, 84 Taepyeongno 1-ga, Jung-gu, Jung-gu,<br>Seoul, South Korea |
| 4.<br>  a. Requesting judicial authority: | _____<br>United States District Court Judge<br>U.S. District Court for the District of Columbia |

|  |  |  |
|---|---|---|
|  |  | 333 Constitution Ave., N.W.<br>Washington, D.C. 20001<br>United States of America |
|  | b. To the competent authority of: | The Republic of Korea |
|  | c. Name of the case and any identifying number: | *In the Matter of Certain Filament Light-Emitting Diodes and Products Containing Same (II)*, Investigation No. 337-TA-1220 |
| 5. | Names and addresses of the parties and their representatives:<br><br>a. Complainant | **The Regents of the University of California**<br>Attn: Office of the Secretary and Chief of Staff to the Regents<br>1111 Franklin St., 12th floor<br>Oakland, California, USA 94607<br><br>**Representatives:**<br><br>Evan H. Langdon<br>NIXON PEABODY LLP<br>799 9th Street N.W., Suite 500<br>Washington, D.C. 20001-5327<br>Telephone: (202) 585-8000<br>Facsimile: (202) 585-8080<br>E-Mail: Regents_ITC2@nixonpeabody.com<br><br>Seth D. Levy<br>Shawn G. Hansen<br>Staci J. Riordan<br>Vincent K. Yip<br>Peter J. Wied<br>Vincent C. Capati<br>NIXON PEABODY LLP<br>300 South Grand Avenue, Suite 4100<br>Los Angeles, CA 90071-3151<br>Telephone: (213) 629-6000<br>Facsimile: (213) 629-6001<br>E-Mail: Regents_ITC2@nixonpeabody.com<br><br>Tracey Ickes<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300<br>E-Mail: Regents_ITC2@nixonpeabody.com<br><br>Angelo J. Christopher |

| | |
|---|---|
| | Paulina M. Starostka<br>NIXON PEABODY LLP<br>70 West Madison, Suite 3500<br>Chicago, IL 60602-4224<br>Telephone: (312) 977-4400<br>Facsimile: (844) 709-6738<br>E-Mail: Regents_ITC2@nixonpeabody.com |
| b.  Respondents I | **Consumer Lighting (U.S.) LLC d/b/a GE Lighting**<br>1975 Noble Road<br>East Cleveland, Ohio, USA 44112<br><br>**Savant Systems, Inc.**<br>45 Perseverance Way<br>Hyannis, Massachusetts, USA 02601<br><br>**General Electric Company**<br>5 Necco Street<br>Boston, Massachusetts, USA, 02210<br><br>**Representatives:**<br><br>Patrick J. McCarthy<br>GOODWIN PROCTER LLP<br>1900 N Street N.W.<br>Washington, DC 20036<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444<br>E-Mail: DG-ConsumerLightingITC@goodwinlaw.com<br><br>Elaine Herrmann Blais<br>Douglas J. Kline<br>Lana Shiferman<br>Christie Larochelle<br>Andrew McDonough<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: (617) 570-1000<br>Facsimile: (617) 570-1231<br><br>Autumn Soucy<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333 |

| | |
|---|---|
| Respondents II | **Home Depot Product Authority, LLC**<br>2455 Paces Ferry Road,<br>Atlanta, Georgia, USA 30339<br><br>**Home Depot U.S.A.,**<br>2455 Paces Ferry Road,<br>Atlanta, Georgia, USA 30339<br><br>**The Home Depot, Inc.**<br>2455 Paces Ferry Road,<br>Atlanta, Georgia, USA 30339<br><br>**Representatives:**<br><br>Ryan K. Walsh<br>JONES DAY<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA 30309-3053<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>rkwalsh@jonesday.com<br>HomeDepot-ITC-Service@jonesday.com<br><br>Rita J. Yoon<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601-1692<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>ryoon@jonesday.com<br>HomeDepot-ITC-Service@jonesday.com<br><br>Vishal V. Khatri<br>Yury Kalish<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>vkhatri@jonesday.com<br>ykalish@jonesday.com<br>HomeDepot-ITC-Service@jonesday.com |
| Respondent III | **Feit Electric Company, Inc.**<br>4901 Gregg Road<br>Pico Rivera, California, USA 90660 |

|  | |
|---|---|
|  | **Representatives:**<br><br>Jay H. Reiziss<br>Alexander P. Ott<br>Gilbert T. Smolenski<br>McDermott Will & Emery LLP<br>500 North Capitol Street, N.W.<br>Washington, D.C. 20001<br>T: 202-756-8000<br>F: 202-756-8087<br>FeitITC1220@mwe.com<br><br>Charles M. McMahon<br>Thomas M. DaMario<br>Colin J. Stalter<br>McDermott Will & Emery LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>T: 312-372-2000<br>F: 312-984-7700<br>FeitITC1220@mwe.com |
| Respondent IV | **Satco Products, Inc.**<br>110 Heartland Boulevard<br>Brentwood, NY 11717<br><br>**Representatives:**<br><br>Scott J. Bornstein<br>Joshua L. Raskin<br>Allan A. Kassenoff<br>Brian Prew<br>Giancarlo L. Scaccia<br>Jade Li-Yu Chen<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>E-Mail: Satco-ITC@gtlaw.com<br><br>Nicholas A. Brown<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 655-1271 |

| | |
|---|---|
| | Facsimile: (415) 707-2010 <br> E-Mail: Satco-ITC@gtlaw.com <br><br> Cyrus T. Frelinghuysen <br> GREENBERG TRAURIG, LLP <br> 2101 L Street, N.W., Suite 1000 <br> Washington, D.C. 20037 <br> Telephone: (202) 331-3000 <br> Facsimile: (202) 331-3101 <br> E-Mail: Satco-ITC@gtlaw.com <br><br> Robert P. Lynn, Jr. <br> Stephen W. Livington <br> LYNN GARTNER DUNNE, LLP <br> 330 Old Country Road, Suite 103 <br> Mineola, NY 11501 <br> Telephone: (516) 742-6200 <br> E-Mail: rplynn@lgdlaw.com <br> E-Mail: swlivingston@lgdlaw.com |
| 6. Nature of the proceedings and summary of the facts: | **Nature of the Proceedings:** <br> Unfair act in the importation of articles predicated on alleged patent infringement <br><br> **Summary of the Facts:** <br> The complaint filed by Complainant alleges that Respondents import, sell for importation, and/or sell within the United States after importation light emitting diode technology and components thereof by reason of infringement of certain claims of United States Patent No. 9,240,529; United States Patent No. 9,859,464; United States Patent No. 10,593,854; United States Patent No. 10,644,213; and United States Patent No. 10,658,557 (collectively, the "Asserted Patents"). Complainant seeks, among other things, a limited exclusion order barring importation of the allegedly infringing devices and a cease and desist order. <br><br> The United States International Trade Commission, under Section 337 of the Tariff Act of 1930 (19 U.S.C. § 1337), as amended, instituted proceedings based on Complainant's complaint and subsequently published notice of those proceedings in the Federal Register. Upon institution, the proceeding was assigned to Administrative Law Judge Clark S. Cheney to preside over pretrial matters, conduct a trial and issue an initial determination on the merits of the investigation. |

| | |
|---|---|
| | The initial determination of Judge Cheney is subject to possible review by the Commission, with a right of appeal to the U.S. Court of Appeals for the Federal Circuit and further appeal to the Supreme Court of the United States. |
| 7. Evidence to be obtained and purpose: | **Evidence to be Obtained:**<br>The evidence to be obtained is documents and things, as well as testimony from Seoul Semiconductor Co. Ltd. ("SSC") located in the Republic of Korea. It is respectfully requested that the judicial authority of grant authorization under the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters for such discovery. A listing of the documents and things requested, as well as the testimony requested from SSC is set forth in Exhibit A.<br><br>Due to the schedule in this case, particularly the upcoming deadline for completion of fact discovery on March 23, 2021, and the upcoming evidentiary hearing scheduled for July 12-16, 2021, it is respectfully requested that the present request for authorization to take evidence be considered as expeditiously as possible.<br><br>**Purpose of the Evidence:**<br>The request is being made for the purpose of justice and for the use in civil proceedings at the evidentiary hearing in this Investigation, between the Parties to the Investigation, and before Administrative Law Judge Clark S. Cheney of the International Trade Commission.<br><br>Specifically, as major producer of LED technology, SSC is purportedly a licensee to one or more of the patents asserted in this dispute. As the Respondents provide lighting that may contain LED components produced by SSC, the nature and scope of SSC's contractual relationship with Complainant is therefore of extreme relevance. Additionally, Complainant's relationship with SCC is central to many of Respondents' defenses concerning claims of patent misuse, including the argument that Complainant has offered a discounted royalty rate to licensees who purchase filaments from its licensees, including SSC. |
| 8. Identity and address of the Witness at issue: | Seoul Semiconductor Co. Ltd.<br>97-11 Sandan-ro 163beon-gil<br>Danwon-gu Ansan-si<br>Republic of Korea |

| | |
|---|---|
| 9. Documents or other property to be inspected: | Please see the list of documents and things requested in Exhibit A. |
| 10. Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined: | Please see the list of topics in Exhibit A. |
| 11. Any requirement that the evidence be given on oath or affirmation and any special form to be used: | It is respectfully requested that the witness may be duly sworn in accordance with the applicable procedures governing the Investigation, and that the testimony be taken and transcribed by a qualified court reporter and videographer chosen by Regeneron's representatives.<br><br>It is further requested that the transcription of the deposition be in the English language if allowable under the local law.<br><br>Additionally, it is requested that each document described above be produced along with all non-identical drafts thereof in their entirety, without abbreviation or redaction, as maintained in the ordinary course of business. |
| 12. Special methods or procedures to be followed: | The following is respectfully requested:<br><br>a. That the examination be conducted orally;<br>b. That Respondents be allowed to provide a list of questions that conform to the topics set forth in Exhibit A to be asked the witness by the Examiner of your Court;<br>c. That the testimony be recorded by stenographic and audio video means, and the commissioners be provided with a copy of the transcript and video;<br>d. That all persons, the attorneys for the party, the stenographer, interpreters, videographer, normally present during such proceedings be excluded from the examination if such exclusion is permitted under Korean law;<br>e. that the witnesses sign the verbatim transcript or other record of their responses to the questions; and<br>f. that the Court shall take all available measures to protect the confidentiality of |

| | |
|---|---|
| | the information obtained during the testimony. |
| 13. Specification of privilege or duty to refuse to give evidence under the law of the State of origin: | Any privilege to refuse to give evidence under United States law is contained in the United States Federal Rules of Civil Procedure, Federal Rules of Evidence, and other applicable United States laws. Specifically, the witness must answer all questions unless the witness is directed by counsel not to answer the question. Such an instruction is appropriate only when necessary to preserve a privilege, to enforce a limitation directed by a court, or to support a motion to cease testimony due to harassment of the witness. *See* Federal Rules of Civil Procedure 30(d)(1). |
| 14. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request: | None |
| 15. The fees and costs incurred that are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by: | Respondents<br><br>Patrick J. McCarthy<br>GOODWIN PROCTER LLP<br>1900 N Street N.W.<br>Washington, DC 20036<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444<br>E-Mail: DG-ConsumerLightingITC@goodwinlaw.com |
| 16. Date of request: | FEBRUARY 16, 2020<br>Month     Day |
| 17. Signature and seal of the requesting authority: | *[signature]*<br>United States ~~District Court Judge~~  MAGISTRATE JUDGE<br>U.S. District Court for the District of Columbia |
| Exhibits:<br>Exhibit A: Respondents' Topics of Documents and Things to be Produced and Notice of Deposition of SSC and Examination Topics | |